UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
DEC - 6 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

        Plaintiff,

                                  Criminal No. 24-20662

vs.

                                  Hon. Jonathan J.C. Grey

D-1, Delphine Georgiana Epure,

        Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

        I, Delphine Georgiana Epure, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

        I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:     Up to 30 years and/or a $1 million fine.

Count 2:     Up to 30 years and/or a $1 million fine.

Count 4:     Up to 5 years and/or a $250,000 fine.

        I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Delphine Georgiana Epure
Defendant

Page 1 of 2

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 12/6/2024

Case 2:24-cr-20662-JJCG-EAS   ECF No. 27, PageID.56   Filed 12/06/24   Page 2 of 2