UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

                              Criminal No. 24-20662

                              Hon. Jonathan J.C. Grey

D-3, Florin Birzan,

      Defendant.

_____/



## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Florin Birzan, hereby acknowledge that I received a copy of the Indictment before entering my plea, that it was read to me with the assistance of an interpreter, and my attorney explained the contents. I understand the contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 30 years and/or a $1 million fine.

Count 4:    Up to 5 years and/or a $250,000 fine.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

                                      _____
                                      Florin Birzan
                                      Defendant

ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                      Fabián Rentería Franco
                                      Counsel for Florin Birzan

Dated: 12/11/2024