UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.	Case No. 2:24−cr−20662−JJCG−EAS
	Hon. Jonathan J.C. Grey

Florin Birzan, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Florin Birzan

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  May 30, 2025 at 02:45 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/Sandra A Osorio
                      Case Manager

Dated:  May 12, 2025